Elizabeth Tveter, et al

                    v.
                                        Civil No. 16-cv-329-PB

Derry Cooperative School District SAU
#10, et al


                    O R D E R


    No objection having been filed, I herewith approve the

Report and Recommendation of Magistrate Judge Andrea K.

Johnstone dated April 25, 2017.  "'[O]nly those issues fairly

raised by the objections to the magistrate's report are subject

to review in the district court and those not preserved by such

objection are precluded on appeal.'"  School Union No. 37 v.

United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010)

(quoting Keating v. Secretary of Health & Human Servs., 848 F.2d

271, 275 (1st Cir.1988)); see also United States v. Valencia-

Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice,

failure to file a specific objection to magistrate's report will

waive the right to appeal).

SO ORDERED.

/s/ Paul Barbadoro
_____
Paul Barbadoro
United States District Court

Date: May 12, 2017

cc:    Elizabeth Tveter, pro se
       Holly Tveter, pro se
       Counsel of Record